JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>**ARS AMERICAN RESIDENTIAL SERVICES OF CALIFORNIA** dba **RIGHTIME HOME SERVICES,**<br><br>        Defendant. | Case No. 5:15-cv-01739-PA-SP<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

Dated this 15th day of March, 2016.

_____
The Honorable Percy Anderson

Order to Dismiss - 1